**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN NORIEGA, *and*
JJ HANDMAN LLC,

      Plaintiffs,

v.                                            Case No. 8:26-cv-1986-KKM-NHA

STATE OF FLORIDA, *et al.*

      Defendants.

_____

**<u>ORDER</u>**

Upon review, this Complaint (Doc. 1) fails to invoke this Court's jurisdiction, constitutes an impermissible shotgun pleading, and Co-Plaintiff JJ Handman LLC impermissibly purports to proceed pro se.

First, the Complaint fails to specify the basis of this Court's subject-matter jurisdiction. Plaintiff purports to state a federal question, but merely writes "Corruption of a Judge, state attorney, sheriffs," and other unnamed individuals, and "[sic] tempted murder" instead of any cause of action. *See id.* at 3.

Second, the Complaint is a shotgun pleading. Plaintiffs allege that plaintiff "was falsely arr[e]sted," "charged for violation of court order," and "directed by Officer Taco" to go to a location where he was "arrested and beatin

[sic]." *Id.* at 4. Plaintiffs provide no other specifics, such as who "Officer Taco" is or any other context for the allegations, nor does the Complaint specify how any of the named defendants are responsible for any of these allegations. As a result, the Complaint is "replete with conclusory, vague, and immaterial facts not obviously connected to any particular cause of action" and fails to "specify[] which of the defendants are responsible for which acts." *Weiland v. Palm Beach County Sheriff's Off.*, 792 F.3d 1313, 1322-23 (11th Cir. 2015). What is more, the Court notes that "Motorcycle man," "Sheriff Department," and "Detective Department" are not identifiable names for a party. *See* Compl. at 1.

Finally, an LLC may not proceed pro se. If JJ Handman LLC intends on proceeding as a plaintiff in this action, it must obtain legal counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel . . . The general rule applies even where the person seeking to represent the corporation is its president and major stockholder.").

Accordingly, the following is **ORDERED**:

1.    The complaint is **DISMISSED,** and the plaintiffs are granted leave to amend the complaint no later than **July 29, 2026**. If the plaintiffs refile with JJ Handman LLC as a plaintiff and do not obtain legal counsel, the Court will strike JJ Handman LLC as a

plaintiff in this action. Likewise, if Co-Plaintiff John Noriega fails to amend the complaint, or amends but fails to specify a cause of action or files another shotgun pleading, this action will be dismissed without further notice.

**ORDERED** in Tampa, Florida, July 15, 2026.

Kathryn Kimball Mizelle
United States District Judge

3